IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHIRLEY SHAWE, | § | |
| | § | No. 536, 2015 |
| Proposed Intervenor Below-Appellant, | § | |
| | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| ELIZABETH ELTING, | § | C.A. No. 9686-CB |
| | § | |
| Defendant Below-Appellee. | § | |

Submitted: April 20, 2016
Decided: April 20, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

## **O R D E R**

This 20th day of April 2016, upon consideration of the parties' briefs and the record below, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in the well-reasoned decision dated September 2, 2015 denying Shirley Shawe's motion to intervene.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice

---

[1] *Shawe v. Elting*, 2015 WL 5167835 (Del. Ch. Sept. 2, 2015).